UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

FILED - GR
July 13, 2015 2:17 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

LaAntonette Anderson

_____ Plaintiff(s)

vs.

Case No. **1:15-cv-725**
Robert Holmes Bell - U.S. District Judge
Hugh W. Brenneman - U.S. Magistrate Judge

Haworth, Inc.

_____ Defendant(s)

## AFFIDAVIT OF FINANCIAL STATUS

The undersigned, with knowledge that there are criminal penalties for false statements, makes the following statements regarding marital status, residence, employment and financial status:

I. MARITAL STATUS:
   a. Single  X    Married ___    Separated ___    Divorced ___
   b. Dependents: Spouse ___    Children, No. ___    Others, No. ___

II. RESIDENCE:
   Your address: Street  2119 Sixth Street
   City  Muskegon Heights  State  MI  Zip Code  49444
   Telephone  231-736-4473

III. EMPLOYMENT:

   Are you now employed?    Yes ___    No  X

   If now employed:   Name of Employer _____

   Address of Employer _____

   _____

   Employer's Telephone _____

How long have you been employed by present employer? _____

Income:     Monthly $ _____ Weekly $ _____

What is your job? _____

Other Income _____

IV.   FINANCIAL STATUS:

    1.   Owner of real property:     Yes _____ No _X_

        a. Description _____

        b. Address _____

        c. In whose name _____

        d. Estimated value _____

        e. Total amount owed $ _____ To whom _____

        f. Annual income from property _____

    2.   Other property

        a. Automobile: Make __GMC__    Year __2003__

        b. In whose name registered __LaAntoinette Anderson__

        c. Present value of car $ __5600.00__

        d. Amount owed $ __0.00__

    3.   Cash on hand: $ __0.00__

        a. Cash in banks and savings and loan associations

          $ __0.00__

        b. Names and addresses of banks and associations

          __Higher One__
          __115 Munson Street__
          __New Haven, CT 06511__

4. Obligations:

    a. Monthly rental on house or apartment    $ 0.00

    b. Mortgage payments on house (monthly)    $ 0.00

    c. Other debts:

| To whom owed | Amount |
|---|---|
| $ | |
| | |
| | |
| | |
| | |

Total monthly payments on debts:    $ 0.00

5. Other information pertinent to your financial status:

(Include stocks, bonds, savings bonds, interests in trusts, either owned or jointly owned, ADC, unemployment, social security, or other. Please specify which.)

_____

_____

_____

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 7-9-2015    Signed: LaChitonette Anderson

                                                      Plaintiff-Affiant