FILED - GR
February 6, 2017 4:20 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns /____ Scanned: NS 2/6/17

La Antonette Anderson
2119 Sixth Street
Muskegon Heights, 49444

January 31, 2017

United States District Court
Hon. Robert J. Jonker
399 Federal Building
110 Michigan N.W.
Grand Rapids, Michigan 49503-2363

RE:  La Antonette Anderson v. Haworth Inc., 1:15-CV-725 (Request for recusal)

Dear Judge Jonker:

On or about January 13, 2017 I received a notification in the mail about the reassignment of the case, La Antonette Anderson v. Haworth Inc., (1:15-cv-725), to Hon. Robert J. Jonker.  During my research of the case, it has come to my attention that Hon. Robert J. Jonker's former employer of Warner, Norcross, & Judd who is representing the defendant, Haworth, Inc.  Therefore, I am asking that Hon. Robert J. Jonker to recuse himself from this case due to the conflict of interest that this may cause.  This is due to the professional relationship that Hon. Robert J. Jonker have with Haworth's Inc., attorney.

 Keep in mind that research shows that a judge's fairness and impartiality maybe compromise when he or she had a business or professional relationship with a party or attorney.  In cases where the judge was a party's business partner or attorney, as well as in cases where the judge was a member of a law firm representing a party, the potential for bias or prejudice is almost always too great to permit the judge to preside over the case.

Your immediate attention to this matter will be greatly appreciated.  If you have any additional questions concerning this matter, I can be reached at (231) 736-4473 or (231) 769-8589.

Sincerely,

*La Antonette Anderson*

La Antonette Anderson

La Antonette Anderson
1119 Sixth Street
Muskegon Heights, MI 49444

RECEIVED (GR)
U.S. District Court Clerk
FEB 06 2017
Western Michigan

GRAND RAPIDS
MI 495
03 FEB '17
PM 3 L

49503-231799

United States District Court
Hon. Robert J. Jonker
399 Federal Building
110 Michigan N.W.
Grand Rapids, MI 49503-2363

$0.46⁰
US POSTAGE
FIRST-CLASS
0715 00886892
49441
000019298