UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LA ANTONETTE ANDERSON

    Plaintiff

        Case No.: 1:15-cv-0725

v.

        Hon. Robert J. Jonker

HAWORTH, INC.,

    Defendant.

---

## PLAINTIFF LA ANTONETTE ANDERSON BRIEF

    Plaintiff, La Antonette Anderson, would like to submit a flash drive with the voice mail as evidence of Haworth In., recruiter requiring the supervisory manufacturing reference. As well, La Antonette Anderson would like to emphasize the point of Haworth holding so strong of requiring La Antonette Anderson to have a supervisory manufacturing reference while it seems as though Jose Guadalupe Gomez-Lopez gave one reference with a name and a job title of McDonalds. Information that is in the Exhibit states from Kristen Owens, Haworth Recruiter states "Regardless of the recruiter two professional references are required". In the case of Jose Guadalupe Gomez-Lopez, he only gave one reference where it seems to be a non-supervisory reference and he was hired with Kristen Owens being the recruiter. This contradicts what she states in the Exhibit contained in 1, 2, or 3. La Antonette Anderson is more educated, experienced, and overall more qualified to perform the job, but yet La Antonette Anderson is not

hired and Jose Guadalupe Gomez-Lopez is hired. This is the type of evidence that establishes a case of intentional discrimination in accordance with Title VII of the Civil Rights Act of 1964.


Dated: February 21, 2017                                      La Antonette Anderson

LaAntonette Anderson
2119 Sixth Street
Muskegon Heights, MI 49444

RECEIVED (GR)
U.S. District Court Clerk
FEB 27 2017
Western Michigan

United States District Court
Hon Robert J. Jonker
399 Federal Building
110 Michigan N.W.
Grand Rapids, Michigan
49503-2363