UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LA ANTONETTE ANDERSON,

        Plaintiff,                Case No. 1:15-cv-725

v.                                  Honorable Robert J. Jonker

HAWORTH, INC.,

        Defendant.

_____

CONDITIONAL ORDER STRIKING PLEADING OR OTHER PAPER

La Antonette Anderson has submitted the following unsigned document, in violation of Fed. R. Civ. P. 11(a):

**Response to Motion for Summary Judgment - Docket # 48**

This document will be deemed automatically stricken from the record, without the necessity of a further order of court, unless La Antonette Anderson files a signature page (attached) within 21 days of the date of this order.

Plaintiff shall as well file a proof of service of the pleadings onto counsel for defendant pursuant to Local Rule 5.2.

IT IS SO ORDERED.

Dated:    March 2, 2017                /s/ Robert J. Jonker
                                                ROBERT J. JONKER
                                                CHIEF UNITED STATES DISTRICT JUDGE

UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

LA ANTONETTE ANDERSON,

        Plaintiff,                Case No. 1:15-cv-725

v.                                       Honorable Robert J. Jonker

HAWORTH, INC.,

        Defendant.

_____

SIGNATURE PAGE FOR
[Response to Motion for Summary Judgment] - [Docket # 48]

      The foregoing document is hereby signed and certified pursuant to Fed. R. Civ. P. 11(a).

                                                      _____

YOU MUST SIGN THIS SIGNATURE PAGE AND RETURN IT TO THE CLERK'S OFFICE AS REQUIRED BY THE ATTACHED ORDER.