UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LA ANTONETTE ANDERSON,

        Plaintiff,        Case No. 1:15-cv-725

v.        Hon. Robert J. Jonker

HAWORTH, INC.,

        Defendant.

_____/

**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*
ON APPEAL**

The court entered judgment in favor of defendant on March 27, 2017 (ECF No. 58). Plaintiff subsequently filed a notice of appeal in the Sixth Circuit Court of Appeals (ECF No. 60). This matter is now before the court on plaintiff's application to proceed *in forma pauperis* on appeal (ECF No. 61). Plaintiff was allowed to proceed *in forma pauperis* in this Court. *See* Order (ECF No. 5). As a general rule, a party who was permitted to proceed *in forma pauperis* in the district court action may proceed on appeal *in forma pauperis* "without further authorization." *See* Fed. R. App. P. 24(a)(3). This general rule applies to plaintiff. Furthermore, plaintiff's present application indicates that she has insufficient funds to pay for this appeal. Accordingly, plaintiff's application is **GRANTED**.

        **IT IS SO ORDERED.**

Dated: May 4, 2017        /s/ Ray Kent
        RAY KENT
        United States Magistrate Judge