UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LA ANTONETTE ANDERSON,

       Plaintiff,                        Case No. 1:15–cv–00725–RSK

v.                                     Hon. Ray Kent

HAWORTH, INC.,

       Defendant.
_____/

## **ORDER**

      The Court GRANTS plaintiff's unopposed motion to file reply brief (ECF No. 89).

      IT IS SO ORDERED.

Dated:  September 7, 2018                      /s/ Ray Kent
                                                        RAY KENT
                                                         U.S. Magistrate Judge