UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LA ANTONETTE ANDERSON,

       Plaintiff,                            Case No. 1:15-cv-725

v.                                               Hon. Ray Kent

HAWORTH, INC.,

       Defendant.

_____/

## JUDGMENT

In accordance with the Findings of Fact and Conclusions of Law set forth in open court this date;

**IT IS HEREBY ORDERED** that judgment is entered in favor of plaintiff in the amount of $86,258.00.

Dated: November 29, 2018        /s/ Ray Kent
                                               RAY KENT
                                               United States Magistrate Judge