## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

LA ANTONETTE ANDERSON,

        Plaintiff,

v

HAWORTH, INC.,

        Defendant.

Case No.: 1:15-cv-0725

HON. RAY KENT

| | |
|---|---|
| Bradley K. Glazier (P35523) | Andrea C. Bernard (P49209) |
| Robert M. Howard (P80740) | C. Ryan Grondzik (P75526) |
| BOS & GLAZIER, P.L.C. | WARNER NORCROSS & JUDD LLP |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 990 Monroe Avenue, N.W. | 111 Lyon Street, N.W., Ste. 900 |
| Grand Rapids, MI 49503 | Grand Rapids, MI 49503 |
| (616) 458-6814 | (616) 752-2000 |

## PLAINTIFF'S MOTION TO AMEND JUDGMENT

Plaintiff, LaAntonette Anderson, by her counsel Bos & Glazier, moves this court to amend the judgment on the bench verdict entered on November 29, 2018. Plaintiff's motion seeks an award for prejudgment interest, costs, and attorney fees. Plaintiff's motion is supported by the brief in support of motion to amend judgment filed contemporaneously with this motion. Defendant Haworth, Inc. concurs and stipulates to the amount of prejudgment interest, costs, and the amount of attorney fees, but reserves its right to appeal the court's ruling as to the underlying merits and judgment dated November 29, 2018. A certificate of concurrence is attached.

00141186.WPD

BOS & GLAZIER, P.L.C.
Attorneys for Plaintiff

Dated: December 11, 2018          By:  /s/ Bradley K. Glazier
                                       Bradley K. Glazier (P35523)
                                       Robert M. Howard (P80740)

BUSINESS ADDRESS:
990 Monroe Avenue, N.W.
Grand Rapids, MI 49503
(616) 458-6814

00141186.WPD