# Exhibit 1

# INTEREST CALCULATION
## Anderson v Haworth

**2015 Interest**

| | | |
|---|---|---|
| Verdict | | $62,234.00 |

Complaint filed 7/13/2015

| 2015 | | Calculations: | | | | |
|---|---|---|---|---|---|---|
| Money Judgment Interest Rate | 2.678% | | | | | |
| | | $62,234.00 | x | 2.678% | = | $1,666.63 |
| January | | $1,666.63 | + | 365 | = | $4.57 |
| February | | $4.57 | x | 0 | = | $0.00 |
| March | | | | | | |
| April | | | | | | |
| May | | | | | | |
| June | | | | | | |
| No. of Days | 0 | | | | | |
| | | | | | | |
| Money Judgment Interest Rate | 2.468% | $62,234.00 | x | 2.468% | = | $1,535.94 |
| July | 18 | $1,535.94 | + | 365 | = | $4.21 |
| August | 31 | $4.21 | x | 171 | = | $719.58 |
| September | 30 | | | | | |
| October | 31 | | | | | |
| November | 30 | | | | | |
| December | 31 | | | | | |
| No. of Days | 171 | | | | | |

| Annual Interest Accrual: | Principle | $62,234.00 |
|---|---|---|
| | 2015 Interest January through June 30 | $0.00 |
| | 2015 Interest July through December 31 | $719.58 |
| | **New Principle** | **$62,953.58** |

# INTEREST CALCULATION
## Anderson v Haworth

**2016 Interest**

| | | |
|---|---|---|
| Principle | | $62,953.58 |

| 2016 | | Calculations: | | | | |
|---|---|---|---|---|---|---|
| Money Judgment Interest Rate | 2.571% | | | | | |
| | | $62,953.58 | x | 2.571% | = | $1,618.54 |
| January | 31 | $1,618.54 | ÷ | 365 | = | $4.43 |
| February | 29 | $4.43 | x | 182 | = | $807.05 |
| March | 31 | | | | | |
| April | 30 | | | | | |
| May | 31 | | | | | |
| June | 30 | | | | | |
| No. of Days | 182 | | | | | |
| | | | | | | |
| Money Judgment Interest Rate | 2.337% | $62,953.58 | x | 2.337% | = | $1,471.23 |
| July | 31 | $1,471.23 | ÷ | 365 | = | $4.03 |
| August | 31 | $4.03 | x | 184 | = | $741.66 |
| September | 30 | | | | | |
| October | 31 | | | | | |
| November | 30 | | | | | |
| December | 31 | | | | | |
| No. of Days | 184 | | | | | |

| Annual Interest Accrual: | | |
|---|---|---|
| Principle | $62,953.58 | |
| 2016 Interest January through June 30 | $807.05 | |
| 2016 Interest July through December 31 | $741.66 | |
| | | |
| **New Principle** | **$64,502.28** | |

# INTEREST CALCULATION
## Anderson v Haworth

**2017 Interest**

Principle: $64,502.28

| 2017 | |
|---|---|
| Money Judgment Interest Rate | 2.426% |
| January | 31 |
| February | 28 |
| March | 31 |
| April | 30 |
| May | 31 |
| June | 30 |
| No. of Days | 181 |

Calculations:

| | | | | | |
|---|---|---|---|---|---|
| $64,502.28 | x | 2.426% | = | $1,564.83 |
| $1,564.83 | + | 365 | = | $4.29 |
| $4.29 | x | 181 | = | $775.98 |

| | |
|---|---|
| Money Judgment Interest Rate | 2.902% |
| July | 31 |
| August | 31 |
| September | 30 |
| October | 31 |
| November | 30 |
| December | 31 |
| No. of Days | 184 |

| | | | | | |
|---|---|---|---|---|---|
| $64,502.28 | x | 2.902% | = | $1,871.86 |
| $1,871.86 | + | 365 | = | $5.13 |
| $5.13 | x | 184 | = | $943.62 |

**Annual Interest Accrual:**

| | |
|---|---|
| Principle | $64,502.28 |
| 2017 Interest January through June 30 | $775.98 |
| 2017 Interest July through December 31 | $943.62 |
| **New Principle** | **$66,221.89** |

# INTEREST CALCULATION
## Anderson v Haworth

**2018 Interest**

Principle    $66,221.89

| 2018 | | Calculations: | | | | |
|---|---|---|---|---|---|---|
| Money Judgment Interest Rate | 2.984% | | | | | |
| | | $66,221.89 | x | 2.984% | = | $1,976.06 |
| January | 31 | $1,976.06 | ÷ | 365 | = | $5.41 |
| February | 28 | $5.41 | x | 181 | = | $979.91 |
| March | 31 | | | | | |
| April | 30 | | | | | |
| May | 31 | | | | | |
| June | 30 | | | | | |
| No. of Days | 181 | | | | | |
| Money Judgment Interest Rate | 3.687% | $66,221.89 | x | 3.687% | = | $2,441.60 |
| | | $2,441.60 | ÷ | 365 | = | $6.69 |
| July | 31 | $6.69 | x | 153 | = | $1,023.47 |
| August | 31 | | | | | |
| September | 30 | | | | | |
| October | 31 | | | | | |
| November | 30 | | | | | |
| December | | | | | | |
| No. of Days | 153 | | | | | |

**Annual Interest Accrual:**

| | |
|---|---|
| Principle | $66,221.89 |
| 2018 Interest January through June 30 | $979.91 |
| 2018 Interest July through December 31 | $1,023.47 |
| **New Principle** | **$68,225.26** |
| Interest totals | $5,991.26 |

### Verdict Calculation
### Anderson v Haworth

|  | Hours | Rate |  |
|---|---|---|---|
| Verdict (Back pay and compensatory damages) |  |  | $62,234.00 |
| Interest on damages |  |  | $5,991.26 |
| Glazier Fees | 28.9 | $375.00 | $22,087.50 |
| Howard Fees | 109.8 | $250.00 | $27,450.00 |
| Costs |  |  | $532.36 |
| Front pay |  |  | $24,024.00 |
| **Total** |  |  | **$142,319.12** |
| * Attorney Fees (Blended Rate) | 138.7 | $ 357.2 | $ 49,537.50 |
| Anderson Award |  |  | $ 91,843.82 |
| B&G Award |  |  | $ 50,069.86 |