# Exhibit 2

Date: 11/29/2018  
Tabs3 Detail Work-In-Process Report  
BOS & GLAZIER PLC  
Primary Timekeeper: 5 Brad K. Glazier  
Page: 1

Client: C Anderson/Laantonette

Primary Timekeeper: 5 BKG  
Secondary Timekeeper: 3 RMH  
Originating Timekeeper: 5 BKG  
Previous Balance: 0  
Date Opened: 07/13/2018

| Date | Tmkr | Cat | Src | Ref # | Rate | Hours to Bill | Amount | Write-Up/Dc Description |
|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | |
| 07/12/2018 | 3 RMH | | 5 | 15 | $250.00 | 2.4 | $ 600.00 | * Meeting with client and review of documents; review PACER for case filings; |
| 07/16/2018 | 3 RMH | | 5 | 16 | $250.00 | 2.8 | $ 700.00 | * Prep of discovery responses; highlight depositions for key testimony; |
| 07/21/2018 | 3 RMH | | 5 | 14 | $250.00 | 1 | $ 250.00 | * Review discovery requests; |
| 08/02/2018 | 3 RMH | | 5 | 17 | $250.00 | 2.1 | $ 525.00 | * Review Haworth production; pull and highlight hot documents re same; |
| 08/16/2018 | 3 RMH | | 5 | 19 | $250.00 | 0.8 | $ 200.00 | * Review of file regarding discovery responses; |
| 08/17/2018 | 3 RMH | | 5 | 20 | $250.00 | 4.1 | $ 1,025.00 | * File review re discovery regarding witnesses; prep of Rule 26(a)(1) disclosures; review briefing in case; |
| 08/20/2018 | 3 RMH | | 5 | 28 | $250.00 | 5.6 | $ 1,400.00 | * Prep motion for leave to file disclosures and brief in support re same; revisions to motion and brief; |
| 08/21/2018 | 3 RMH | | 5 | 29 | $250.00 | 1.4 | $ 350.00 | * Additional revisions to motion for leave to file disclosures and brief in support; |
| 08/23/2018 | 3 RMH | | 5 | 30 | $250.00 | 2.1 | $ 525.00 | * Attempts to conduct witness interviews by phone and email; review case management order regarding information to gather for same; |
| 08/30/2018 | 3 RMH | | 5 | 31 | $250.00 | 1.4 | $ 350.00 | * Review case filings through PACER and review EEOC statement and documents; |
| 08/31/2018 | 3 RMH | | 5 | 32 | $250.00 | 4.9 | $ 1,225.00 | * Prep of reply brief re motion for leave to file disclosures; |
| 09/04/2018 | 3 RMH | | 5 | 33 | $250.00 | 0.4 | $ 100.00 | * Search for exhibit and email defendant's counsel re providing same; |
| 09/05/2018 | 3 RMH | | 5 | 34 | $250.00 | 3.3 | $ 825.00 | * Prep of reply brief regarding motion for leave to file disclosures; |
| 09/10/2018 | 3 RMH | | 5 | 35 | $250.00 | 0.5 | $ 125.00 | * Review deposition transcript and email FOIA request to Holland Police Department; |
| 09/11/2018 | 3 RMH | | 5 | 36 | $250.00 | 0.5 | $ 125.00 | * Review of information re witnesses; |
| 09/17/2018 | 3 RMH | | 5 | 48 | $250.00 | 3.3 | $ 825.00 | * Trial prep; |
| 09/18/2018 | 3 RMH | | 5 | 49 | $250.00 | 0.8 | $ 200.00 | * Prep of pretrial order; |
| 09/19/2018 | 3 RMH | | 5 | 50 | $250.00 | 5.1 | $ 1,275.00 | * Prep of pretrial order, exhibits; |
| 09/20/2018 | 3 RMH | | 5 | 51 | $250.00 | 5.6 | $ 1,400.00 | * Prep for motion hearing; |
| 09/21/2018 | 3 RMH | | 5 | 52 | $250.00 | 6.2 | $ 1,550.00 | * Continued prep of pretrial order and gather exhibits for same; |
| 09/24/2018 | 3 RMH | | 5 | 53 | $250.00 | 4.7 | $ 1,175.00 | * Prep of fact portion of final pretrial order; |
| 09/25/2018 | 3 RMH | | 5 | 54 | $250.00 | 2.5 | $ 625.00 | * Review of joint pretrial order and revisions to same; |
| 09/26/2018 | 3 RMH | | 5 | 55 | $250.00 | 2.8 | $ 700.00 | * Meeting with client and review joint pretrial order and trial prep; |
| 09/27/2018 | 3 RMH | | 5 | 56 | $250.00 | 1.2 | $ 300.00 | * Additional revisions of pretrial order; review data for property records for trial subpoenas; |
| 10/01/2018 | 3 RMH | | 5 | 57 | $250.00 | 0.4 | $ 100.00 | * Revisions to damages summary; |
| 10/02/2018 | 3 RMH | | 5 | 58 | $250.00 | 1.6 | $ 400.00 | * Attend final pretrial conference; |
| 10/03/2018 | 3 RMH | | 5 | 59 | $250.00 | 0.5 | $ 125.00 | * Review documents for issuing of subpoenas for trial; |
| 10/04/2018 | 3 RMH | | 5 | 60 | $250.00 | 0.6 | $ 150.00 | * Review supplemental discovery responses; |
| 10/08/2018 | 3 RMH | | 5 | 61 | $250.00 | 4.7 | $ 1,175.00 | * Prep direct exam outlines; |
| 10/19/2018 | 3 RMH | | 5 | 62 | $250.00 | 5.1 | $ 1,275.00 | * Prep direct exam outlines; |
| 10/20/2018 | 3 RMH | | 5 | 63 | $250.00 | 2.9 | $ 725.00 | * Prep witness exam outlines; |
| 10/21/2018 | 3 RMH | | 5 | 64 | $250.00 | 1.3 | $ 325.00 | * Highlight key exhibits; |
| 10/22/2018 | 3 RMH | | 5 | 70 | $250.00 | 10 | $ 2,500.00 | * Attend trial; prep of witness outlines and revisions to same; trial prep; |
| 10/23/2018 | 3 RMH | | 5 | 71 | $250.00 | 9 | $ 2,250.00 | * Attend trial - day 2; prep demonstrative exhibit; prep trial brief on compensatory damages; trial prep; |
| 10/24/2018 | 3 RMH | | 5 | 72 | $250.00 | 3.1 | $ 775.00 | * Legal research re compensatory damages awards; attend closing arguments; |
| 11/29/2018 | 3 RMH | | 5 | 73 | $250.00 | 3.2 | $ 800.00 | * Attend verdict hearing, meet with client to discuss verdict, damages, next steps, prepare interest calcs |
| 11/30/2018 | 3 RMH | | 5 | 74 | $250.00 | 1.1 | $ 275.00 | *Legal research re: interest, start date of calc, revise numbers |
| 12/3/2018 | 3 RMH | | 5 | 75 | $250.00 | 0.8 | $ 200.00 | * Edit interest calcs, final numbers |
| **Billable Total:** | | | **3 Rob Howard** | | **$250.00** | **109.8** | **$27,450.00** | |
| 07/02/2018 | 5 BKG | | 5 | 1 | $375.00 | 0.5 | $ 187.50 | * Review of failure to hire case remanded for trial and email exchanges with referring attorney and atty Howard re same (.50); |
| 07/13/2018 | 5 BKG | | 5 | 2 | $375.00 | 0.3 | $ 112.50 | * Email exchange with atty Grondzik re discovery issue and seeking concurrence on motion to allow limited discovery (.30); |

| Date | | Atty | | # | Rate | Hours | | Amount | Description |
|---|---|---|---|---|---|---|---|---|---|
| 07/18/2018 | | 5 BKG | 5 | 3 | $375.00 | 2.1 | $ | 787.50 | * Review of client's deposition transcript and file documents in prep for trial (2.10); |
| 07/19/2018 | | 5 BKG | 5 | 4 | $375.00 | 0.2 | $ | 75.00 | * Email exchanges with atty Bernard re request to move final pretrial conference (.10); review of order rescheduling the Final Pretrial Conference (.10); |
| 07/20/2018 | | 5 BKG | 5 | 5 | $375.00 | 2.5 | $ | 937.50 | * Review of docket and read and save pleadings, motions, briefs and orders (2.50); |
| 07/23/2018 | | 5 BKG | 5 | 6 | $375.00 | 0.5 | $ | 187.50 | * Prep of Answers to Requests for Production of Documents (.30); review, edit, draft answers to supplemental interrogatories (.20); |
| 07/24/2018 | | 5 BKG | 5 | 7 | $375.00 | 0.3 | $ | 112.50 | * Meeting with client re answers to discovery requests and case status (.30); |
| 07/31/2018 | | 5 BKG | 5 | 8 | $375.00 | 3.5 | $ | 1,312.50 | * Legal research re reopening of discovery following remand (1.00); prep of motion to reopen discovery and prep of brief in support (2.50); |
| 08/03/2018 | | 5 BKG | 5 | 9 | $375.00 | 1.5 | $ | 562.50 | * Review of hot docs pulled from Haworth's production and prep of memo re same (1.50); |
| 08/16/2018 | | 5 BKG | 5 | 10 | $375.00 | 0.4 | $ | 150.00 | * File review and office conf with atty Howard re trial prep and discovery issues (.40); |
| 08/17/2018 | | 5 BKG | 5 | 11 | $375.00 | 3.2 | $ | 1,200.00 | * Review of background on key witness and email exchanges with atty Howard re same (.20); direction to atty Howard re securing personnel file (.10); email exchange with atty Howard and staff re jury vs bench trial and direction re same (.10); review, edit, draft rule 26(a)(1) disclosures and email exchanges with atty Howard re same (.30); file review (plaintiff's brief opposing SJ, spreadsheet of applicants, defendant's reply brief, etc) (2.00); legal research re reopening discovery and email exchagnes and direction to atty Howard re motion for same (.50); |
| 08/20/2018 | | 5 BKG | 5 | 12 | $375.00 | 0.1 | $ | 37.50 | * Review of order amending Case Management Order to reflect bench trial and direction to staff re same (.10); |
| 08/20/2018 | | 5 BKG | 5 | 13 | $375.00 | 0.5 | $ | 187.50 | * Review, edit draft of brief in support of motion to allow supplemental discovery and office conf with atty Howard re same (.50); |
| 08/27/2018 | | 5 BKG | 5 | 18 | $375.00 | 0.2 | $ | 75.00 | * Email exchange with client re final pretrial conference (.20); |
| 08/29/2018 | | 5 BKG | 5 | 21 | $375.00 | 1.1 | $ | 412.50 | * Continue review and highlighting of client's deposition transcript (1.00); email exchange with atty representing another race discrimination claimant against Haworth (.10); |
| 08/30/2018 | | 5 BKG | 5 | 22 | $375.00 | 0.9 | $ | 337.50 | * File review and tel conf with atty Newburg re his race discrimination case against Haworth, prep of note to file re same (.60) direction to atty Howard and email exchanges re same and need for additional docs (.30); |
| 08/31/2018 | | 5 BKG | 5 | 23 | $375.00 | 0.3 | $ | 112.50 | * Review of defendant's brief in opp to motion to reopen discovery (.20); office conf with atty Howard re prep of reply brief re same (.10); |
| 09/05/2018 | | 5 BKG | 5 | 24 | $375.00 | 0.2 | $ | 75.00 | * Review of notice of hearing on discovery motion and direction to atty Howard and staff re same (.20); |
| 09/05/2018 | | 5 BKG | 5 | 25 | $375.00 | 0.8 | $ | 300.00 | * Review, edit, draft reply brief and office conf with atty Howard re same (.80); |
| 09/06/2018 | | 5 BKG | 5 | 26 | $375.00 | 0.2 | $ | 75.00 | * Email exchange with atty Newburg re Haworth discrimination evidence (.20); |
| 09/07/2018 | | 5 BKG | 5 | 27 | $375.00 | 0.1 | $ | 37.50 | * Review of court order granting motion for leave to file a reply brief (.10); |
| 09/23/2018 | | 5 BKG | 5 | 37 | $375.00 | 0.2 | $ | 75.00 | * Email exchange with atty Howard re prep of final pretrial statement (.20); |
| 09/24/2018 | | 5 BKG | 5 | 38 | $375.00 | 0.7 | $ | 262.50 | * Email exchange with atty Howard and office conf re Haworth's affirmative defenses (.20); prep of correspondence to opp counsel forwarding Rule 26(a) disclosures (.10); review, edit Joint FPO draft and office conf with atty Howard re same (.40); |
| 09/25/2018 | | 5 BKG | 5 | 39 | $375.00 | 0.5 | $ | 187.50 | * Review and add comments to defendant's revisions to the JPO and email exchange with atty Howard re same (.50); |
| 09/26/2018 | | 5 BKG | 5 | 40 | $375.00 | 1.1 | $ | 412.50 | * Review of revised versions of the final pretrial order (.20); meeting with atty Howard and client re FPO and case status (.90); |
| 09/27/2018 | | 5 BKG | 5 | 41 | $375.00 | 1 | $ | 375.00 | * Review, edit next and final draft of the FPO and direction to atty Howard re same (.30); review of filed version of FPO (.10); internet research re Haworth for punitive damages claim and email exchange with atty Howard re same (.20); file review in prep for trial (.50); |
| 10/02/2018 | | 5 BKG | 5 | 42 | $375.00 | 2.5 | $ | 937.50 | * Prep for, travel to and from and attendance at FPC (1.70); review of minutes to FPC and direction to atty Howard re prep of amended FPO (.20); prep of subpoenas for witnesses on defendant's witness list (.30); prep of correspondence to process server re same (.10); email exchange with court staff re judge's copies of exhibit notebook and revised FPO (.20); |
| 10/08/2018 | | 5 BKG | 5 | 43 | $375.00 | 0.3 | $ | 112.50 | * Office conf with atty Howard re personnel file |

| Date | | Atty | | # | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 10/15/2018 | 5 | BKG | 5 | 44 | $375.00 | 0.3 | $ 112.50 | recently produced and review of Haworth diversity via Linked In (.30); * Office conf with atty Howard re revised version of Joint FPO and edit same (.20); email exchange with defense counsel re same (.10); |
| 10/18/2018 | 5 | BKG | 5 | 45 | $375.00 | 0.3 | $ 112.50 | * Office conf and email exchange with atty Howard re witness order (.10); email exchange with defense counsel re same (.20); |
| 10/19/2018 | 5 | BKG | 5 | 46 | $375.00 | 3.3 | $ 1,237.50 | * File review in prep for trial (.80); Meeting with client re trial prep (2.50); |
| 10/21/2018 | 5 | BKG | 5 | 47 | $375.00 | 4.8 | $ 1,800.00 | * File review and prep for trial, including direct exams of Owen and Hanson (2.20); legal research and prep for opening statement, email exchanges with atty Howard and staff re same (2.60); |
| 10/22/2018 | 5 | BKG | 5 | 65 | $375.00 | 8 | $ 3,000.00 | * Prep for, travel to and from and attendance at Day 1 of trial (8.00); |
| 10/23/2018 | 5 | BKG | 5 | 66 | $375.00 | 10 | $ 3,750.00 | * Prep for, travel to and from and attendance at day 2 of trial (8.20); prep of closing argument (1.50); review, edit draft supplemental brief on damages and office conf with atty Howard re same (.30); |
| 10/24/2018 | 5 | BKG | 5 | 67 | $375.00 | 3.4 | $ 1,275.00 | * Review of defendant's trial brief re emotional distress damages (.10); continued prep for closing arguments (1.30); travel to and from and attendance at day 3 of trial (1.70); review of order from Judge Kent re emotional distress damages (.10); email exchange with court clerk re need to move date for verdict and direction to staff re same (.20); |
| 11/01/2018 | 5 | BKG | 5 | 68 | $375.00 | 0.2 | $ 75.00 | * Review of order canceling tomorrow's verdict announcement (.10); direction to staff re same (.10); |
| 11/05/2018 | 5 | BKG | 5 | 69 | $375.00 | 0.1 | $ 37.50 | * Review of notice of continuing trial and direction to staff re same (.10); |
| 11/29/2018 | 5 | BKG | 5 | 70 | 375 | 2.8 | $ 1,050.00 | *Travel to and from court, attend hearing, meet with client post-verdict |

| Billable Total: | | 5 Brad K. Glazier | | | $375.00 | 58.9 | $22,087.50 | |
|---|---|---|---|---|---|---|---|---|
| Total Billable Fees | | | | | | 160.8 | $49,537.50 | |

Expenses

| Date | | Atty | | # | | | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 10/02/2018 | 5 | BKG | A | 1 | | | $ 83.60 | * Trial Subpoena & Mileage Fees |
| 10/02/2018 | 5 | BKG | A | 2 | | | $ 40.00 | * Trial Subpoena Fee |
| 10/02/2018 | 5 | BKG | A | 3 | | | $ 66.87 | * Trial Subpoena & Mileage Fee |
| 10/02/2018 | 5 | BKG | A | 4 | | | $ 40.00 | * Trial Subpoena Fee |
| 10/16/2018 | 5 | BKG | A | 7 | | | $ 25.14 | * Postage - Subpoenas to Process Server |
| 10/18/2018 | 5 | BKG | A | 5 | | | $ 110.24 | * Service of Trial Subpoena - Dennis Hanson |
| 10/18/2018 | 5 | BKG | A | 6 | | | $ 75.91 | * Service of Trial Subpoena - Becky Harley |
| 11/29/2018 | 5 | BKG | A | 8 | | | $ 70.60 | * Parking & Trial Expenses |

| Total Billable Expenses | | | | | | | $ 532.36 | |
|---|---|---|---|---|---|---|---|---|