### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

LA ANTONETTE ANDERSON,

     Plaintiff,

v

HAWORTH, INC.,

     Defendant.

Case No.: 1:15-cv-0725

HON. RAY KENT

| | |
|---|---|
| Bradley K. Glazier (P35523)<br>Robert M. Howard (P80740)<br>BOS & GLAZIER, P.L.C.<br>Attorneys for Plaintiff<br>990 Monroe Avenue, N.W.<br>Grand Rapids, MI 49503<br>(616) 458-6814 | Andrea C. Bernard (P49209)<br>C. Ryan Grondzik (P75526)<br>WARNER NORCROSS & JUDD LLP<br>Attorneys for Defendant<br>111 Lyon Street, N.W., Ste. 900<br>Grand Rapids, MI 49503<br>(616) 752-2000 |

### CERTIFICATE REGARDING CONCURRENCE IN RELIEF

  In accordance with Local Rule 7.1(d), plaintiff's counsel submits this certification of his attempts to obtain concurrence before filing plaintiff's Brief in Support of Amended Judgment.

  1. On December 10, 2018, Counsel for plaintiff contacted counsel for defendant via email and phone to seek concurrence regarding the filing of a motion to amend the Court's Judgment to include interest, costs, and attorney fees payable to plaintiff.

  2. Defendant Haworth, Inc., concurred with the filing of the motion and agrees to the amount of prejudgment interest and the amount of attorney fees requested, but reserves its right to appeal the court's ruling as to the underlying merits and judgment dated November 29, 2018.

00139934.WPD

BOS & GLAZIER, P.L.C.
Attorneys for Plaintiff

Dated: December 11, 2018        By: ___*/s/ Bradley K. Glazier*___
                                Bradley K. Glazier (P35523)
                                Robert M. Howard (P80740)

BUSINESS ADDRESS:
    990 Monroe Avenue N.W.
    Grand Rapids, MI 49503
    (616) 458-6814

00139934.WPD