UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LA ANTONETTE ANDERSON,

    Plaintiff,                            Case No. 1:15-cv-725
                                              Hon. Ray Kent

v.

HAWORTH, INC.,

    Defendant.
_____/

**AMENDED JUDGMENT**

In accordance with the Order filed this date, an **AMENDED JUDGMENT** is hereby entered against Defendant Haworth, Inc. in favor of La Antonette Anderson. This judgment amends and replaces the Court's previous judgment (ECF No. 116).

Plaintiffs are entitled to the following amounts:

| | |
|---|---|
| Damages: | $86,258.00 |
| Prejudgment interest: | $5,991.26 |
| Costs: | $532.36 |
| Attorney fees: | <u>$49,537.50</u> |
| **TOTAL JUDGMENT**: | **$142,319.12** |

Dated: January 2, 2019                                  /s/ Ray Kent
                                                                        United States Magistrate Judge